UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER SAMPSON,<br><br>Defendant. | Case No. 2:21-mj-00787-VCF<br><br>**Order** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2