## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TYLER SAMPSON,<br><br>        Defendant. | Case No. 2:21-mj-00787-VCF<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 15, 2021 at the hour of 4:00 p.m., be vacated and continued to December 16, 2021 at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

      DATED this   5th   day of November, 2021.

 

_____
UNITED STATES MAGISTRATE JUDGE