# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYLER SAMPSON,<br><br>　　　　Defendant. | Case No. 2:21-mj-00787-VCF<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 16, 2021 at the hour of 4:00 p.m., be vacated and continued to January 18, 2022 at the hour of 4:00 p.m.

　　　DATED this 3rd day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3