

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TYLER SAMPSON,<br><br>      Defendant. | Case No. 2:21-mj-00787-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 18, 2022 at the hour of 4:00 p.m., be vacated and continued to March 21, 2021 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 11th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3